# United States District Court
## NORTHERN DISTRICT OF CALIFORNIA

LEWIS G. SHEPLER II, M.D.

V.

UNUMPROVIDENT CORPORATION, THE PAUL REVERE LIFE INSURANCE CO., NEW YORK LIFE INSURANCE CO., and UNUM GROUP

TO: (Name and address of defendant)

THE PAUL REVERE LIFE INSURANCE COMPANY
18 CHESTNUT STREET
WORCESTER, MA 01608

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: C08-00240 MEJ

**FILED**
FEB 8 - 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Thomas E. Fraysse
KNOX RICKSEN LLP
1300 Clay Street, Suite 500
Oakland, California 94612

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE JAN 17 2008

(BY) DEPUTY CLERK
MARIA LOO

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

See attached list.

| Service of the Summons and complaint was made by me(1) | DATE 1/25/2008  2:25pm |
|---|---|
| NAME OF SERVER (PRINT) Bruce Anderson | TITLE Registered California Process Server, Los Angeles County, #3991 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:

    The Paul Revere Life Insurance Company, C.T. Corporation,
    818 West Seventh Street, Los Angeles, 90017 by serving Margaret Wilson, Agent for Service

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

    Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $35.00 | TOTAL $35.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
              Date

*Signature of Server*
One Hour Legal
1280 Boulevard Way, Ste. 205
Walnut Creek, CA  94595

*Address of Server*  925-947-3470

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.