THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
KELLY, HERLIHY & KLEIN LLP
44 Montgomery Street, Suite 2500
San Francisco, CA 94104-4798
Tel.: (415) 951-0535
Fax: (415) 391-7808
Email: herlihy@kelher.com
       jtb@kelher.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D., <br><br> Plaintiff, <br><br> vs. <br><br> UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, <br><br> Defendants. | Case No.: C 08-00240 MEJ <br><br> **STIPULATION RE EXTENSION TO TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1  Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,
2  M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul
3  Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby
4  stipulate that defendant shall have an extension to respond to the Complaint up to and including
5  April 15, 2008.
6  IT IS SO STIPULATED

KNOX RICKSEN, LLP

Date: February 15, 2008    By_____
                              Thomas E. Fraysse
                              Attorneys for Plaintiff
                              LEWIS G. SHEPLER II, M.D.

KELLY, HERLIHY & KLEIN LLP

Dated: February 19, 2008   By_____
                              Thomas M. Herlihy
                              Attorneys for Defendants
                              UNUM GROUP (Previously known as
                              UNUMPROVIDENT CORPORATION)
                              THE PAUL REVERELIFE INSURANCE
                              COMPANY and NEW YORK LIFE
                              INSURANCE COMPANY

E:\28115\P01.doc

-1-

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
CASE NO. C 08-00240 MEJ