1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11                  UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14  LEWIS G. SHEPLER II, M.D.           ) Case No.: C08-00240 MEJ
                                        )
15          Plaintiff,                  )
                                        ) **STIPULATION RE EXTENSION OF**
16      vs.                             ) **TIME TO RESPOND TO PLAINTIFF'S**
                                        ) **COMPLAINT**
17  UNUMPROVIDENT CORPORATION; THE      )
    PAUL REVERE LIFE INSURANCE          )
18  COMPANY and UNUM GROUP, inclusive,  )
                                        )
19          Defendant.                  )
                                        )
20  _____

21

22

23

24

25

26

27

28

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
334977.1

1  Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate that defendant shall have an extension to respond to the Complaint up to and including April 22, 2008.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: April __, 2008        By_____/s/_____
                                            Thomas E. Fraysse
                                            Attorney for Plaintiff
                                            LEWIS G. SHEPLER II, M.D.


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


Dated: April __, 2008        By_____/s/_____
                                            Thomas M. Herlihy
                                            John T. Burnite
                                            Attorney for Defendants
                                            UNUM GROUP (Previously known as
                                            UNUMPROVIDENT CORPORATION),
                                            THE PAUL REVERE LIFE INSURANCE
                                            COMPANY and NEW YORK LIFE
                                            INSURANCE COMPANY