1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11                   UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13

14 | LEWIS G. SHEPLER II, M.D.,              ) Case No.:  C08-00240 MEJ
                                             )
15 |         Plaintiff,                      )
                                             ) **STIPULATION TO CONTINUE CASE**
16 |    vs.                                  ) **MANAGEMENT CONFERENCE;**
                                             ) **[PROPOSED] ORDER**
17 | UNUMPROVIDENT CORPORATION; THE          )
   | PAUL REVERE LIFE INSURANCE              )
18 | COMPANY and UNUM GROUP, inclusive,      )
                                             )
19 |         Defendant.                      )
                                             )
20 |_____)

21

22

23

24

25

26

27

28

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
348416.1

1    The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference originally scheduled for April 24, 2008 to May 15, 2008. The parties are in the process of discussing resolution.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: April __, 2008        By_____/s/_____
                                Thomas E. Fraysse
                                Attorney for Plaintiff
                                LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: April __, 2008        By_____/s/_____
                                Thomas M. Herlihy
                                John T. Burnite
                                Attorney for Defendants
                                UNUM GROUP (Previously known as
                                UNUMPROVIDENT CORPORATION),
                                THE PAUL REVERE LIFE INSURANCE
                                COMPANY and NEW YORK LIFE
                                INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to May 15, 2008.

Date: _____, 2008        _____
                                       UNITED STATES MAGISTRATE JUDGE