THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
        john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. | Case No.: C08-00240 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendant. | |

1    The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously

2    known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New

3    York Life Insurance Company ("defendants"), hereby stipulate to continue the Case

4    Management Conference originally scheduled for April 24, 2008 to May 15, 2008.  The parties

5    are in the process of discussing resolution.

6

7    **IT IS SO STIPULATED.**

8                                          KNOX RICKSEN, LLP

9

10

11   Dated: April __, 2008                   By_____/s/_____
                                                    Thomas E. Fraysse
12                                                 Attorney for Plaintiff
                                             LEWIS G. SHEPLER II, M.D.

13

14                                         WILSON, ELSER, MOSKOWITZ, EDELMAN &

15                                         DICKER LLP

16

17   Dated: April __, 2008                   By_____/s/_____
                                                    Thomas M. Herlihy
18                                                   John T. Burnite
                                                 Attorney for Defendants
19                                           UNUM GROUP (Previously known as
                                             UNUMPROVIDENT CORPORATION),
20                                           THE PAUL REVERE LIFE INSURANCE
                                             COMPANY and NEW YORK LIFE
21                                           INSURANCE COMPANY
22

23                                             **ORDER**

24       IT IS SO ORDERED that the Case Management Conference be continued to May 15,

25   2008.

26

27   Date: _April 18, 2008_____, 2008    _____
                                             UNITED S                    TRATE JUDGE
28                                             Judge Maria-Elena James

-1-