1   THOMAS E. FRAYSSE/State Bar No. 104436
    ERYK R. GETTELL/State Bar No. 245245
2   KNOX RICKSEN LLP
    1300 Clay Street, Suite 500
3   Oakland, California 94612-1427
    Telephone: (510) 285-2500
4   Facsimile: (510) 285-2505

5   Attorneys for Plaintiff
    LEWIS G. SHEPLER II, M.D.

6

7

8                  **UNITED STATES DISTRICT COURT**

9                  **NORTHERN DISTRICT OF CALIFORNIA**

10  LEWIS G. SHEPLER II, M.D.,                    Case No.:  C08-00240 MEJ

11            Plaintiff,                          **STIPULATION TO CONTINUE
                                                  CASE MANAGEMENT
12  vs.                                           CONFERENCE; [PROPOSED]
                                                  ORDER**
13  UNUMPROVIDENT CORPORATION, THE
    PAUL REVERE LIFE INSURANCE
14  COMPANY, NEW YORK LIFE
    INSURANCE COMPANY, and UNUM
15  GROUP, inclusive,

16            Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

- 1 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER

KNOX RICKSEN LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 500
OAKLAND, CALIFORNIA 94612-1427

KNOX RICKSEN LLP

ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 500
OAKLAND, CALIFORNIA 94612-1427

1    The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously

2  known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New

3  York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management

4  Conference originally scheduled for May 15, 2008 to June 12, 2008, at 10:00 a.m.  The parties are

5  in the process of discussing resolution.

6  **IT IS SO STIPULATED.**

7  Dated: May 9, 2008                                **KNOX RICKSEN LLP**

8

9                                                            By:_____/s/_____
                                                         Thomas E. Fraysse
10                                                         Attorney for Plaintiff
                                                         LEWIS G. SHEPLER II, M.D.

11

12  Dated:  May 9, 2008                               **WILSON, ELSER, MOSKOWITZ,
                                                         EDELMAN & DICKER LLP**
13

14

15                                                       By: _____/s/_____
                                                         Thomas M. Herlihy
16                                                       Attorney for Defendant
                                                         UNUM GROUP (Previously known as
17                                                       UNUMPROVIDENT CORPORATION),
                                                         THE PAUL REVERE LIFE INSURANCE
18                                                       COMPANY and NEW YORK LIFE
                                                         INSURANCE COMPANY

19

20

21                                        **ORDER**

22    IT IS SO ORDERED that the Case Management Conference be continued to June 12,
     2008.

23  Date: _____, 2008      _____
                                           UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28

- 2 -

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER