1  THOMAS E. FRAYSSE/State Bar No. 104436
   ERYK R. GETTELL/State Bar No. 245245
2  KNOX RICKSEN LLP
   1300 Clay Street, Suite 500
3  Oakland, California 94612-1427
   Telephone: (510) 285-2500
4  Facsimile: (510) 285-2505

5  Attorneys for Plaintiff
   LEWIS G. SHEPLER II, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LEWIS G. SHEPLER II, M.D., | Case No.: C08-00240 MEJ |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE;** ~~[PROPOSED]~~ **ORDER** |
| vs. | |
| UNUMPROVIDENT CORPORATION, THE PAUL REVERE LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE COMPANY, and UNUM GROUP, inclusive, | |
| Defendants. | |

- 1 -
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE [PROPOSED] ORDER

The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference originally scheduled for May 15, 2008 to June 12, 2008, at 10:00 a.m.  The parties are in the process of discussing resolution.

**IT IS SO STIPULATED.**

Dated: May 9, 2008                                                    **KNOX RICKSEN LLP**


By:_____/s/_____
Thomas E. Fraysse
Attorney for Plaintiff
LEWIS G. SHEPLER II, M.D.


Dated:  May 9, 2008                                                   **WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP**


By: _____/s/_____
Thomas M. Herlihy
Attorney for Defendant
UNUM GROUP (Previously known as UNUMPROVIDENT CORPORATION), THE PAUL REVERE LIFE INSURANCE COMPANY and NEW YORK LIFE INSURANCE COMPANY

## ORDER

IT IS SO ORDERED that the Case Management Conference be continued to June 12, 2008.

Date:  May 12, 2008                                       _____
                                                                                  UNITED STATES MAGISTRATE JUDGE