1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11             UNITED STATES DISTRICT COURT

12             NORTHERN DISTRICT OF CALIFORNIA

13

14 | LEWIS G. SHEPLER II, M.D.        ) Case No.:  C08-00240 MEJ
15 |        Plaintiff,                )
                                      ) **STIPULATION RE EXTENSION OF**
16 |    vs.                           ) **TIME TO RESPOND TO PLAINTIFF'S**
                                      ) **COMPLAINT**
17 | UNUMPROVIDENT CORPORATION; THE   )
   | PAUL REVERE LIFE INSURANCE       )
18 | COMPANY and UNUM GROUP, inclusive,)
19 |        Defendant.                )
20

---

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
348704.1

000761

1    Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,
2 M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul
3 Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby
4 stipulate that defendant shall have an extension to respond to the Complaint up to and including
5 June 12, 2008.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: May __, 2008        By _____
                              Thomas E. Fraysse
                              Attorney for Plaintiff
                              LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

Dated: May 16, 2008        By _____
                              Thomas M. Herlihy
                              Attorney for Defendants
                              UNUM GROUP (Previously known as
                              UNUMPROVIDENT CORPORATION),
                              THE PAUL REVERE LIFE INSURANCE
                              COMPANY and NEW YORK LIFE
                              INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants have up to and including June 12, 2008 to respond to plaintiff's complaint.

Date: May ___, 2008        _____
                              UNITED STATES DISTRICT JUDGE

-1-

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No.: C08-00240 MEJ

348704.1