1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6          john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11           UNITED STATES DISTRICT COURT

12          NORTHERN DISTRICT OF CALIFORNIA

13

14  LEWIS G. SHEPLER II, M.D.                )  Case No.:  C08-00240 MEJ
                                             )
15              Plaintiff,                    )
                                             )  **STIPULATION RE EXTENSION OF**
16      vs.                                   )  **TIME TO RESPOND TO PLAINTIFF'S**
                                             )  **COMPLAINT**
17  UNUMPROVIDENT CORPORATION; THE            )
    PAUL REVERE LIFE INSURANCE                )
18  COMPANY and UNUM GROUP, inclusive,        )
                                             )
19              Defendant.                    )
                                             )
20

21

22

23

24

25

26

27

28

---

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
348704.1

1    Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,

2 M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul

3 Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby

4 stipulate that defendant shall have an extension to respond to the Complaint up to and including

5 June 12, 2008.

6

7 **IT IS SO STIPULATED.**

8                                        KNOX RICKSEN, LLP

9

10 Dated: May __, 2008

11                                        By _____
                                              Thomas E. Fraysse
12                                            Attorney for Plaintiff
                                              LEWIS G. SHEPLER II, M.D.
13

14                                        WILSON, ELSER, MOSKOWITZ, EDELMAN &

15                                        DICKER LLP

16

17

18 Dated: May __, 2008                     By _____
                                              Thomas M. Herlihy
19                                            Attorney for Defendants
                                              UNUM GROUP (Previously known as
20                                            UNUMPROVIDENT CORPORATION),
                                              THE PAUL REVERE LIFE INSURANCE
21                                            COMPANY and NEW YORK LIFE
                                              INSURANCE COMPANY
22

23                                        **ORDER**

24    IT IS SO ORDERED that defendants have up to and including June 12, 2008 to respond

25 to plaintiff's complaint.

26

27 Date: May 20 , 2008                     _____
                                              UNITED STATES DISTRICT JUDGE
28

-1-

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
                                                        Case No.:  C08-00240 MEJ
348704.1

000762