```
 1  THOMAS M. HERLIHY (SBN 83615)
 2  JOHN T. BURNITE (SBN 162223)
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA 94105-2725
 4  Tel.: (415) 433-0990
 5  Fax: (415) 434-1370
    Email: herlihy@wilsonelser.com
 6         john.burnite@wilsonelser.com
 7
    Attorneys for Defendants
 8  UNUM GROUP (previously known as
    UNUMPROVIDENT CORPORATION),
 9  THE PAUL REVERE LIFE INSURANCE COMPANY,
    and NEW YORK LIFE INSURANCE COMPANY
10
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.<br><br>Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>Defendant. | Case No.: C08-00240 MEJ<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1  Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,
2  M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul
3  Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby
4  stipulate that defendants shall have an extension to respond to the Complaint up to and including
5  July 17, 2008.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: June __, 2008          By_____/s/_____
                                 Thomas E. Fraysse
                                 Attorney for Plaintiff
                                 LEWIS G. SHEPLER II, M.D.


WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP


Dated: June __, 2008          By_____/s/_____
                                 Thomas M. Herlihy
                                 Attorney for Defendants
                                 UNUM GROUP (Previously known as
                                 UNUMPROVIDENT CORPORATION),
                                 THE PAUL REVERE LIFE INSURANCE
                                 COMPANY and NEW YORK LIFE
                                 INSURANCE COMPANY

**ORDER**

   IT IS SO ORDERED that defendants have up to and including July 17, 2008 to respond
to plaintiff's complaint.


Date: June ____, 2008         _____
                                 UNITED STATES DISTRICT JUDGE

-1-