1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11                       UNITED STATES DISTRICT COURT
12                      NORTHERN DISTRICT OF CALIFORNIA
13

14 LEWIS G. SHEPLER II, M.D.            ) Case No.:  C08-00240 MEJ
                                        )
15        Plaintiff,                    )
                                        ) **STIPULATION TO CONTINUE CASE**
16   vs.                                ) **MANAGEMENT CONFERENCE;**
                                        ) **[PROPOSED] ORDER**
17 UNUMPROVIDENT CORPORATION; THE       )
   PAUL REVERE LIFE INSURANCE           )
18 COMPANY and UNUM GROUP, inclusive,   )
                                        )
19        Defendant.                    )
                                        )
20 ─────────────────────────────────────)

21
22
23
24
25
26
27
28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
357500.1

1  The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously
2  known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New
3  York Life Insurance Company ("defendants"), hereby stipulate to continue the Case
4  Management Conference presently scheduled for June 12, 2008 to July 17, 2008. The parties are
5  in the process of discussing resolution.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: June __, 2008        By_____/s/_____
                            Thomas E. Fraysse
                            Attorney for Plaintiff
                            LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: June __, 2008        By_____/s/_____
                            Thomas M. Herlihy
                            John T. Burnite
                            Attorney for Defendants
                            UNUM GROUP (Previously known as
                            UNUMPROVIDENT CORPORATION),
                            THE PAUL REVERE LIFE INSURANCE
                            COMPANY and NEW YORK LIFE
                            INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to July 17, 2008.

Date: _____, 2008   _____
                                       UNITED STATES MAGISTRATE JUDGE

-1-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.: C08-00240 MEJ
357500.1