1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11                UNITED STATES DISTRICT COURT
12                NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. | Case No.: C08-00240 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive; | |
| Defendant. | |

---

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
357501.1

1  Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate that defendants shall have an extension to respond to the Complaint up to and including July 17, 2008.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: June __, 2008        By_____/s/_____
                              Thomas E. Fraysse
                              Attorney for Plaintiff
                              LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: June __, 2008        By_____/s/_____
                              Thomas M. Herlihy
                              Attorney for Defendants
                              UNUM GROUP (Previously known as
                              UNUMPROVIDENT CORPORATION),
                              THE PAUL REVERE LIFE INSURANCE
                              COMPANY and NEW YORK LIFE
                              INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants have up to and including July 17, 2008 to respond to plaintiff's complaint.

Date: June 10, 2008        _____
                           UNITED STATES DISTRICT JUDGE

-1-