1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6          john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11                  UNITED STATES DISTRICT COURT
12                 NORTHERN DISTRICT OF CALIFORNIA
13

14 LEWIS G. SHEPLER II, M.D.            )   Case No.:  C08-00240 MEJ
                                        )
15         Plaintiff,                   )
                                        )   **STIPULATION TO CONTINUE CASE**
16     vs.                              )   **MANAGEMENT CONFERENCE;**
                                        )   ~~[PROPOSED]~~ **ORDER**
17 UNUMPROVIDENT CORPORATION; THE       )
   PAUL REVERE LIFE INSURANCE           )
18 COMPANY and UNUM GROUP, inclusive,   )
                                        )
19         Defendant.                   )
                                        )
20 _____  )

21

22

23

24

25

26

27

28

---

| | |
|---|---|
| 1 | The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for June 12, 2008 to July 17, 2008. The parties are in the process of discussing resolution. |

**IT IS SO STIPULATED.**

                                        KNOX RICKSEN, LLP


Dated: June __, 2008              By_____/s/_____
                                        Thomas E. Fraysse
                                        Attorney for Plaintiff
                                        LEWIS G. SHEPLER II, M.D.


                                        WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                        DICKER LLP


Dated: June __, 2008              By_____/s/_____
                                        Thomas M. Herlihy
                                        John T. Burnite
                                        Attorney for Defendants
                                        UNUM GROUP (Previously known as
                                        UNUMPROVIDENT CORPORATION),
                                        THE PAUL REVERE LIFE INSURANCE
                                        COMPANY and NEW YORK LIFE
                                        INSURANCE COMPANY

                                        **ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to July 17, 2008.

       June 10
Date: _____, 2008     _____
                                        UNITED STATES MAGISTRATE JUDGE

-1-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
                                                    Case No.: C08-00240 MEJ
357500.1