1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. | Case No.: C08-00240 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendant. | |

The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for July 17, 2008 to August 21, 2008. The parties are discussing resolution.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: July __, 2008          By_____/s/_____
                                      Thomas E. Fraysse
                                      Attorney for Plaintiff
                                      LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: July __, 2008          By_____/s/_____
                                      Thomas M. Herlihy
                                      John T. Burnite
                                      Attorney for Defendants
                                      UNUM GROUP (Previously known as
                                      UNUMPROVIDENT CORPORATION),
                                      THE PAUL REVERE LIFE INSURANCE
                                      COMPANY and NEW YORK LIFE
                                      INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to August 21, 2008.

Date: July ___, 2008          _____
                                      UNITED STATES MAGISTRATE JUDGE