THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.:  (415) 433-0990
Fax:  (415) 434-1370
Email:  herlihy@wilsonelser.com
          john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.<br><br>              Plaintiff,<br><br>     vs.<br><br>UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>              Defendant. | Case No.:   C08-00240 MEJ<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

363428.1

Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate that defendants shall have an extension to respond to the Complaint up to and including August 21, 2008.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP


Dated: July ___, 2008          By_____/s/_____
                                                Thomas E. Fraysse
                                                Attorney for Plaintiff
                                          LEWIS G. SHEPLER II, M.D.


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


Dated: July ___, 2008          By_____/s/_____
                                                Thomas M. Herlihy
                                                Attorney for Defendants
                                          UNUM GROUP (Previously known as
                                          UNUMPROVIDENT CORPORATION),
                                          THE PAUL REVERE LIFE INSURANCE
                                          COMPANY and NEW YORK LIFE
                                          INSURANCE COMPANY

### ORDER

IT IS SO ORDERED that defendants have up to and including August 21, 2008 to respond to plaintiff's complaint.


Date: July ____, 2008          _____
                                          UNITED STATES DISTRICT JUDGE

-1-