1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11              **UNITED STATES DISTRICT COURT**
12              **NORTHERN DISTRICT OF CALIFORNIA**
13

14  LEWIS G. SHEPLER II, M.D.            )  Case No.: C08-00240 MEJ
                                         )
15              Plaintiff,               )
                                         )  **STIPULATION TO CONTINUE CASE**
16       vs.                             )  **MANAGEMENT CONFERENCE;**
                                         )  **[PROPOSED] ORDER**
17  UNUMPROVIDENT CORPORATION; THE       )
    PAUL REVERE LIFE INSURANCE           )
18  COMPANY and UNUM GROUP, inclusive,   )
                                         )
19              Defendant.               )
                                         )
20

21

22

23

24

25

26

27

28

1  The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for July 17, 2008 to August 21, 2008. The parties are discussing resolution.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: July __, 2008        By_____/s/_____
                                      Thomas E. Fraysse
                                      Attorney for Plaintiff
                                 LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: July __, 2008        By_____/s/_____
                                      Thomas M. Herlihy
                                      John T. Burnite
                                   Attorney for Defendants
                              UNUM GROUP (Previously known as
                              UNUMPROVIDENT CORPORATION),
                              THE PAUL REVERE LIFE INSURANCE
                              COMPANY and NEW YORK LIFE
                                   INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to August 21, 2008.

Date: July  14 , 2008                    _____
                                          UNITED STATES MAGISTRATE JUDGE

-1-