```
 1  THOMAS M. HERLIHY (SBN 83615)
 2  JOHN T. BURNITE (SBN 162223)
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA 94105-2725
 4  Tel.: (415) 433-0990
 5  Fax: (415) 434-1370
    Email: herlihy@wilsonelser.com
 6         john.burnite@wilsonelser.com

 7  Attorneys for Defendants
 8  UNUM GROUP (previously known as
    UNUMPROVIDENT CORPORATION),
 9  THE PAUL REVERE LIFE INSURANCE COMPANY,
    and NEW YORK LIFE INSURANCE COMPANY
10
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| LEWIS G. SHEPLER II, M.D.,                                                                                     | Case No.: C08-00240 MEJ                                              |
|----------------------------------------------------------------------------------------------------------------|----------------------------------------------------------------------|
| Plaintiff,                                                                                                     |                                                                      |
| vs.                                                                                                            | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive; Defendant.        |                                                                      |

1     Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate that defendants shall have an extension to respond to the Complaint up to and including July 17, 2008.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: June __, 2008      By_____/s/_____
                                        Thomas E. Fraysse
                                        Attorney for Plaintiff
                                  LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: June __, 2008      By_____/s/_____
                                        Thomas M. Herlihy
                                        Attorney for Defendants
                                  UNUM GROUP (Previously known as
                                  UNUMPROVIDENT CORPORATION),
                                  THE PAUL REVERE LIFE INSURANCE
                                  COMPANY and NEW YORK LIFE
                                  INSURANCE COMPANY

**ORDER**

    IT IS SO ORDERED that defendants have up to and including July 17, 2008 to respond to plaintiff's complaint.

Date: June __10__, 2008      _____
                                        UNITED STATES DISTRICT JUDGE

-1-