1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11                    UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13

14  LEWIS G. SHEPLER II, M.D.,              ) Case No.:  C08-00240 MEJ
                                            )
15            Plaintiff,                    )
                                            ) **STIPULATION RE EXTENSION OF
16       vs.                                ) TIME TO RESPOND TO PLAINTIFF'S
                                            ) COMPLAINT**
17  UNUMPROVIDENT CORPORATION; THE          )
    PAUL REVERE LIFE INSURANCE              )
18  COMPANY and UNUM GROUP, inclusive,      )
                                            )
19            Defendant.                    )
                                            )
20  _____)

21
22
23
24
25
26
27
28

1    Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,
2 M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul
3 Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby
4 stipulate that defendants shall have an extension to respond to the Complaint up to and including
5 October 23, 2008.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: August 19, 2008          By_____/s/_____
                                Thomas E. Fraysse
                                Attorney for Plaintiff
                                LEWIS G. SHEPLER II, M.D.


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP


Dated: August 19, 2008          By_____/s/_____
                                Thomas M. Herlihy
                                Attorney for Defendants
                                UNUM GROUP (Previously known as
                                UNUMPROVIDENT CORPORATION),
                                THE PAUL REVERE LIFE INSURANCE
                                COMPANY and NEW YORK LIFE
                                INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants have up to and including October 23, 2008 to respond to plaintiff's complaint.


Date: August __, 2008           _____
                                UNITED STATES DISTRICT JUDGE