1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6          john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.,<br><br>    Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>    Defendant. | Case No.: C08-00240 MEJ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1   The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously
2   known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New
3   York Life Insurance Company ("defendants"), hereby stipulate to continue the Case
4   Management Conference presently scheduled for August 21, 2008 to October 23, 2008. The
5   parties are discussing resolution.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: August 19, 2008            By_____/s/_____
                                    Thomas E. Fraysse
                                    Attorney for Plaintiff
                                    LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: August 19, 2008            By_____/s/_____
                                    Thomas M. Herlihy
                                    John T. Burnite
                                    Attorney for Defendants
                                    UNUM GROUP (Previously known as
                                    UNUMPROVIDENT CORPORATION),
                                    THE PAUL REVERE LIFE INSURANCE
                                    COMPANY and NEW YORK LIFE
                                    INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to October 23, 2008.

Date: August ___, 2008            _____
                                    UNITED STATES MAGISTRATE JUDGE

-1-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.: C08-00240 MEJ

371123.1