THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
　　　　john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>　　　　Defendant. | Case No.:  C08-00240 MEJ<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1    Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,
2    M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul
3    Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby
4    stipulate that defendants shall have an extension to respond to the Complaint up to and including
5    October 23, 2008.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: August 19, 2008        By_____/s/_____
                              Thomas E. Fraysse
                              Attorney for Plaintiff
                              LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: August 19, 2008        By_____/s/_____
                              Thomas M. Herlihy
                              Attorney for Defendants
                              UNUM GROUP (Previously known as
                              UNUMPROVIDENT CORPORATION),
                              THE PAUL REVERE LIFE INSURANCE
                              COMPANY and NEW YORK LIFE
                              INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants have up to and including October 23, 2008 to respond to plaintiff's complaint.

Date: August 19, 2008        _____
                             UNITED STATES DISTRICT JUDGE

-1-

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No.:  C08-00240 MEJ

371124.1