1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11                UNITED STATES DISTRICT COURT

12                NORTHERN DISTRICT OF CALIFORNIA

13

14 | LEWIS G. SHEPLER II, M.D.           ) Case No.: C08-00240 MEJ
                                         )
15 |     Plaintiff,                      )
                                         ) **STIPULATION TO CONTINUE CASE**
16 | vs.                                 ) **MANAGEMENT CONFERENCE;**
                                         ) [PROPOSED] **ORDER**
17 | UNUMPROVIDENT CORPORATION; THE      )
   | PAUL REVERE LIFE INSURANCE          )
18 | COMPANY and UNUM GROUP, inclusive,  )
                                         )
19 |     Defendant.                      )
                                         )
20 |_____)

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
371123.1

1  The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously
2  known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New
3  York Life Insurance Company ("defendants"), hereby stipulate to continue the Case
4  Management Conference presently scheduled for August 21, 2008 to October 23, 2008.  The
5  parties are discussing resolution.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: August 19, 2008            By_____/s/_____
                                  Thomas E. Fraysse
                                  Attorney for Plaintiff
                                  LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

Dated: August 19, 2008            By_____/s/_____
                                  Thomas M. Herlihy
                                  John T. Burnite
                                  Attorney for Defendants
                                  UNUM GROUP (Previously known as
                                  UNUMPROVIDENT CORPORATION),
                                  THE PAUL REVERE LIFE INSURANCE
                                  COMPANY and NEW YORK LIFE
                                  INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to October 23, 2008.

Date: August 19, 2008             _____
                                  UNITED STATES MAGISTRATE JUDGE

-1-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.:  C08-00240 MEJ

371123.1