IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D., | No. C 08-0240 MEJ |
| Plaintiff(s), | **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| vs. | |
| UNUMPROVIDENT CORP., et al., | |
| Defendant(s). | |

The Court hereby CONTINUES the Case Management Conference in this matter, currently scheduled on October 23, 2008, to November 6, 2008 at 10:00 a.m.  All case management deadlines shall be adjusted accordingly.

**IT IS SO ORDERED.**

Dated: October 7, 2008

MARIA-ELENA JAMES
United States Magistrate Judge