```
THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
       john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.<br><br>Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>Defendant. | Case No.: C08-00240 MEJ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

|   |   |
|---|---|
| 1 | The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously |
| 2 | known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New |
| 3 | York Life Insurance Company ("defendants"), hereby stipulate to continue the Case |
| 4 | Management Conference presently scheduled for November 6, 2008 to December 11, 2008. The |
| 5 | parties are discussing resolution. |

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: November 3, 2008          By_____/s/_____
                                                Thomas E. Fraysse
                                                Attorney for Plaintiff
                                                LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: November 3, 2008          By_____/s/_____
                                                Thomas M. Herlihy
                                                John T. Burnite
                                                Attorney for Defendants
                                                UNUM GROUP (Previously known as
                                                UNUMPROVIDENT CORPORATION),
                                                THE PAUL REVERE LIFE INSURANCE
                                                COMPANY and NEW YORK LIFE
                                                INSURANCE COMPANY

### ORDER

IT IS SO ORDERED that the Case Management Conference be continued to December 11, 2008. The parties shall file their joint statement by December 4. 2008.

Date: November 4, 2008          _____
                                                UNITED STATES MAGISTRATE JUDGE

-1-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.: C08-00240 MEJ

397880.1