THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
         john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.<br><br>                    Plaintiff,<br><br>          vs.<br><br>UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>                    Defendant. | Case No.:   C08-00240 MEJ<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1         Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,

2 M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul

3 Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby

4 stipulate that defendant shall have an extension to respond to the Complaint up to and including

5 January 29, 2009.

6

7 **IT IS SO STIPULATED.**

8                                          KNOX RICKSEN, LLP

9

10 Dated: December ___, 2008       By_____/s/_____

                                   Thomas E. Fraysse

11                                Attorney for Plaintiff

                      LEWIS G. SHEPLER II, M.D.

12

13                      WILSON, ELSER, MOSKOWITZ, EDELMAN &

14                      DICKER LLP

15

16 Dated: December ___, 2008       By_____/s/_____

                                  Thomas M. Herlihy

17                                John T. Burnite

18                          Attorney for Defendants

                    UNUM GROUP (Previously known as

19                     UNUMPROVIDENT CORPORATION),

20                  THE PAUL REVERE LIFE INSURANCE

                   COMPANY and NEW YORK LIFE

21                     INSURANCE COMPANY

22                             **ORDER**

23       IT IS SO ORDERED that defendants have up to and including January 29, 2009 to

24 respond to plaintiff's complaint.

25 Date: December 5, 2008

26                         _____

                    UNITED STATES MAGISTRATE JUDGE

27

28

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Case No.: C08-00240 MEJ

407431.1