THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
       john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.<br><br>    Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>    Defendant. | Case No.:  C08-00240 MEJ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for December 11, 2008 to January 29, 2009. The parties need additional time to discuss settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: December 5, 2008        By_____/s/_____
                                       Thomas E. Fraysse
                                       Attorney for Plaintiff
                                       LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: December 5, 2008        By_____/s/_____
                                       Thomas M. Herlihy
                                       John T. Burnite
                                       Attorney for Defendants
                                       UNUM GROUP (Previously known as
                                       UNUMPROVIDENT CORPORATION),
                                       THE PAUL REVERE LIFE INSURANCE
                                       COMPANY and NEW YORK LIFE
                                       INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to January 29, 2009.

Date: December 5, 2008                  _____
                                        UNITED STATES MAGISTRATE JUDGE

-1-