THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
       john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. | Case No.: C08-00240 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendant. | |

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
414481.1

Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate that defendant shall have an extension to respond to the Complaint up to and including March 12, 2009.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: January 21, 2009      By_____/s/_____
                                Thomas E. Fraysse
                                Attorney for Plaintiff
                                LEWIS G. SHEPLER II, M.D.


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: January 21, 2009      By_____/s/_____
                                Thomas M. Herlihy
                                John T. Burnite
                                Attorney for Defendants
                                UNUM GROUP (Previously known as
                                UNUMPROVIDENT CORPORATION),
                                THE PAUL REVERE LIFE INSURANCE
                                COMPANY and NEW YORK LIFE
                                INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants have up to and including March 12, 2009 to respond to plaintiff's complaint.

Date: January 22, 2009                _____
                                      UNITED STATES MAGISTRATE JUDGE

-1-

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No.: C08-00240 MEJ

414481.1