THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
        john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.<br><br>          Plaintiff,<br><br>     vs.<br><br>UNUMPROVIDENT CORPORATION; THE<br>PAUL REVERE LIFE INSURANCE<br>COMPANY and UNUM GROUP, inclusive,<br><br>          Defendant. | Case No.:   C08-00240 MEJ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

414478.1

1    The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously

2 known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New

3 York Life Insurance Company ("defendants"), hereby stipulate to continue the Case

4 Management Conference presently scheduled for January 29, 2009 to March 12, 2009. The

5 parties need additional time to discuss settlement.

6

7 **IT IS SO STIPULATED.**

8                                              KNOX RICKSEN, LLP

9

10

11 Dated: January 21, 2009          By_____/s/_____
                                              Thomas E. Fraysse
12                                            Attorney for Plaintiff
                                              LEWIS G. SHEPLER II, M.D.
13

14                                            WILSON, ELSER, MOSKOWITZ, EDELMAN &

15                                            DICKER LLP

16

17 Dated: January 21, 2009          By_____/s/_____
                                              Thomas M. Herlihy
18                                            John T. Burnite
                                              Attorney for Defendants
19                                            UNUM GROUP (Previously known as
                                              UNUMPROVIDENT CORPORATION),
20                                            THE PAUL REVERE LIFE INSURANCE
                                              COMPANY and NEW YORK LIFE
21                                            INSURANCE COMPANY
22

23                                            **ORDER**

24    IT IS SO ORDERED that the Case Management Conference be continued to March 12,

25 2009.

26

27 Date: January __22__, 2009          _____
                                              UNITED STATES MAGISTRATE JUDGE
28

-1-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.: C08-00240 MEJ

414478.1