1 THOMAS M. HERLIHY (SBN 83615)
2 JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4 Tel.: (415) 433-0990
5 Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7 Attorneys for Defendants
8 UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9 THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. | Case No.: C08-00240 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendant. | |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
424578.1

The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for March 12, 2009 to April 30, 2009. The parties are engaged in ongoing settlement negotiations and need additional time to discuss settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: March 5, 2009          By_____/s/_____
                                     Thomas E. Fraysse
                                     Attorney for Plaintiff
                                     LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: March 5, 2009          By_____/s/_____
                                     Thomas M. Herlihy
                                     John T. Burnite
                                     Attorney for Defendants
                                     UNUM GROUP (Previously known as
                                     UNUMPROVIDENT CORPORATION),
                                     THE PAUL REVERE LIFE INSURANCE
                                     COMPANY and NEW YORK LIFE
                                     INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to April 30, 2009.

Date: March 5, 2009          _____
                                     UNITED STATES MAGISTRATE JUDGE