THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.<br><br>   Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>   Defendant. | Case No.: C08-00240 MEJ<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

---

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
424585.1

1  Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,
2  M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul
3  Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby
4  stipulate that defendant shall have an extension to respond to the Complaint up to and including
5  April 30, 2009.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: March 5, 2009          By_____/s/_____
                                    Thomas E. Fraysse
                                    Attorney for Plaintiff
                                    LEWIS G. SHEPLER II, M.D.


WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

Dated:  March 5, 2009         By_____/s/_____
                                    Thomas M. Herlihy
                                    John T. Burnite
                                    Attorney for Defendants
                                    UNUM GROUP (Previously known as
                                    UNUMPROVIDENT CORPORATION),
                                    THE PAUL REVERE LIFE INSURANCE
                                    COMPANY and NEW YORK LIFE
                                    INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants have up to and including April 30, 2009 to respond to plaintiff's complaint.

Date: March 5, 2009            _____
                                    UNITED STATES MAGISTRATE JUDGE

-1-

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No.:  C08-00240 MEJ

424585.1