THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
       john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. | Case No.: C08-00240 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE; [PROPOSED] ORDER** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendant. | |

1  The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for April 30, 2009 to June 11, 2009. The parties are engaged in ongoing settlement negotiations and need additional time to discuss settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: April 21, 2009          By_____/s/_____
                                    Thomas E. Fraysse
                                    Attorney for Plaintiff
                                    LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: April 21, 2009          By_____/s/_____
                                    Thomas M. Herlihy
                                    John T. Burnite
                                    Attorney for Defendants
                                    UNUM GROUP (Previously known as
                                    UNUMPROVIDENT CORPORATION),
                                    THE PAUL REVERE LIFE INSURANCE
                                    COMPANY and NEW YORK LIFE
                                    INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to June 11, 2009.

Date: April 24, 2009            _____
                                    UNITED STATES MAGISTRATE JUDGE

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.: C08-00240 MEJ

436129.1