| | |
|---|---|
| 1 | THOMAS M. HERLIHY (SBN 83615) |
| 2 | JOHN T. BURNITE (SBN 162223) |
| | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
| | San Francisco, CA 94105-2725 |
| 4 | Tel.: (415) 433-0990 |
| 5 | Fax: (415) 434-1370 |
| | Email: herlihy@wilsonelser.com |
| 6 |       john.burnite@wilsonelser.com |

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LEWIS G. SHEPLER II, M.D. | ) | Case No.: C08-00240 MEJ |
|     Plaintiff, | ) ) ) | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| vs. | ) ) ) | |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | ) ) ) ) | |
|     Defendant. | ) ) ) | |

---

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

436139.1

|   |   |
|---|---|
| 1 | Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II, |
| 2 | M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul |
| 3 | Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby |
| 4 | stipulate that defendant shall have an extension to respond to the Complaint up to and including |
| 5 | June 11, 2009. |

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: April 21, 2009        By_____/s/_____
                    Thomas E. Fraysse
                    Attorney for Plaintiff
                    LEWIS G. SHEPLER II, M.D.


WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

Dated:  April 21, 2009        By_____/s/_____
                    Thomas M. Herlihy
                    John T. Burnite
                    Attorney for Defendants
                    UNUM GROUP (Previously known as
                    UNUMPROVIDENT CORPORATION),
                    THE PAUL REVERE LIFE INSURANCE
                    COMPANY and NEW YORK LIFE
                    INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants have up to and including June 11, 2009 to respond to plaintiff's complaint.

Date: April 24, 2009        _____
                    UNITED STATES MAGISTRATE JUDGE

-1-

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No.:   C08-00240 MEJ

436139.1