1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6          john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13

14 | LEWIS G. SHEPLER II, M.D.           ) Case No.:   C08-00240 MEJ
                                         )
15 |          Plaintiff,                 )
                                         ) **STIPULATION TO CONTINUE CASE**
16 |     vs.                             ) **MANAGEMENT CONFERENCE;**
                                         ) ~~[PROPOSED]~~ **ORDER**
17 | UNUMPROVIDENT CORPORATION; THE      )
   | PAUL REVERE LIFE INSURANCE          )
18 | COMPANY and UNUM GROUP, inclusive,  )
                                         )
19 |          Defendant.                 )
                                         )
20

21

22

23

24

25

26

27

28

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
446859.1

The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for June 11, 2009 to July 23, 2009. The parties are engaged in ongoing settlement negotiations and need additional time to discuss settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: June 4, 2009           By_____/s/_____
                              Thomas E. Fraysse
                              Attorney for Plaintiff
                              LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: June 4, 2009           By_____/s/_____
                              Thomas M. Herlihy
                              John T. Burnite
                              Attorney for Defendants
                              UNUM GROUP (Previously known as
                              UNUMPROVIDENT CORPORATION),
                              THE PAUL REVERE LIFE INSURANCE
                              COMPANY and NEW YORK LIFE
                              INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to July 23, 2009.

Date: June 5, 2009            _____
                              UNITED STATES MAGISTRATE JUDGE