```
 1  THOMAS M. HERLIHY (SBN 83615)
 2  JOHN T. BURNITE (SBN 162223)
    WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
 3  525 Market Street, 17th Floor
    San Francisco, CA 94105-2725
 4  Tel.: (415) 433-0990
 5  Fax: (415) 434-1370
    Email: herlihy@wilsonelser.com
 6         john.burnite@wilsonelser.com
 7  Attorneys for Defendants
 8  UNUM GROUP (previously known as
    UNUMPROVIDENT CORPORATION),
 9  THE PAUL REVERE LIFE INSURANCE COMPANY,
    and NEW YORK LIFE INSURANCE COMPANY
10
```

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. | Case No.: C08-00240 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendant. | |

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

446860.1

1    Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,
2  M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul
3  Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby
4  stipulate that defendant shall have an extension to respond to the Complaint up to and including
5  July 23, 2009.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: June 4, 2009        By_____/s/_____
                                  Thomas E. Fraysse
                                  Attorney for Plaintiff
                              LEWIS G. SHEPLER II, M.D.


WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

Dated:  June 4, 2009       By_____/s/_____
                                  Thomas M. Herlihy
                                  John T. Burnite
                                  Attorney for Defendants
                              UNUM GROUP (Previously known as
                              UNUMPROVIDENT CORPORATION),
                              THE PAUL REVERE LIFE INSURANCE
                              COMPANY and NEW YORK LIFE
                              INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants have up to and including July 23, 2009 to respond to plaintiff's complaint.

Date: June  5 , 2009         _____
                              UNITED STATES MAGISTRATE JUDGE

-1-

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No.:  C08-00240 MEJ

446860.1