1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13

14 | LEWIS G. SHEPLER II, M.D.            ) Case No.: C08-00240 MEJ
                                          )
15 |         Plaintiff,                   )
                                          ) **STIPULATION TO CONTINUE CASE**
16 |    vs.                               ) **MANAGEMENT CONFERENCE;**
                                          ) [PROPOSED] **ORDER**
17 | UNUMPROVIDENT CORPORATION; THE       )
   | PAUL REVERE LIFE INSURANCE           )
18 | COMPANY and UNUM GROUP, inclusive,   )
                                          )
19 |         Defendant.                   )
                                          )
20 |_____)

1    The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for July 23, 2009 to September 3, 2009.  The parties are engaged in ongoing settlement negotiations and need additional time to discuss settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: July 16, 2009            By_____/s/_____
                                        Thomas E. Fraysse
                                        Attorney for Plaintiff
                                     LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: July 16, 2009            By_____/s/_____
                                        Thomas M. Herlihy
                                        John T. Burnite
                                     Attorney for Defendants
                                  UNUM GROUP (Previously known as
                                  UNUMPROVIDENT CORPORATION),
                                  THE PAUL REVERE LIFE INSURANCE
                                     COMPANY and NEW YORK LIFE
                                        INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to September 3, 2009.

Date: July 16, 2009            _____
                                UNITED STATES MAGISTRATE JUDGE

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.:  C08-00240 MEJ

459266.1