1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.:  (415) 433-0990
5  Fax:  (415) 434-1370
   Email:  herlihy@wilsonelser.com
6          john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11                    **UNITED STATES DISTRICT COURT**

12                   **NORTHERN DISTRICT OF CALIFORNIA**

13

14  LEWIS G. SHEPLER II, M.D.                )  Case No.:   C08-00240 MEJ
                                             )
15              Plaintiff,                   )
                                             )  **STIPULATION RE EXTENSION OF**
16        vs.                                )  **TIME TO RESPOND TO PLAINTIFF'S**
                                             )  **COMPLAINT**
17  UNUMPROVIDENT CORPORATION; THE           )
    PAUL REVERE LIFE INSURANCE               )
18  COMPANY and UNUM GROUP, inclusive,       )
                                             )
19              Defendant.                   )
                                             )
20  ─────────────────────────────────────   )

21

22

23

24

25

26

27

28

───────────────────────────────────────────────────────────────────────────

1      Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,

2   M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul

3   Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby

4   stipulate that defendant shall have an extension to respond to the Complaint up to and including

5   September 3, 2009.

6

7   **IT IS SO STIPULATED.**

8                                           KNOX RICKSEN, LLP

9
    Dated: July 16, 2009                    By_____/s/_____

10                                              Thomas E. Fraysse
                                                Attorney for Plaintiff

11                                           LEWIS G. SHEPLER II, M.D.

12

13                                          WILSON, ELSER, MOSKOWITZ, EDELMAN &

14                                          DICKER LLP

15
    Dated:  July 16, 2009                    By_____/s/_____

16                                              Thomas M. Herlihy
                                                John T. Burnite

17                                            Attorney for Defendants

18                                           UNUM GROUP (Previously known as
                                             UNUMPROVIDENT CORPORATION),

19                                           THE PAUL REVERE LIFE INSURANCE
                                             COMPANY and NEW YORK LIFE

20                                           INSURANCE COMPANY

21
                                             **ORDER**
22

23       IT IS SO ORDERED that defendants have up to and including September 3, 2009 to
    respond to plaintiff's complaint.

24

25   Date: July __16__, 2009              _____

26                                        UNITED STATES MAGISTRATE JUDGE

27

28

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Case No.:  C08-00240 MEJ

459270.1