THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. <br><br> Plaintiff, <br><br> vs. <br><br> UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, <br><br> Defendant. | Case No.: C08-00240 MEJ <br><br> **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

1     Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,
M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul
Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby
stipulate that defendant shall have an extension to respond to the Complaint up to and including
October 15, 2009.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: August 20, 2009      By_____/s/_____
    Thomas E. Fraysse
    Attorney for Plaintiff
    LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: August 20, 2009      By_____/s/_____
    Thomas M. Herlihy
    John T. Burnite
    Attorney for Defendants
    UNUM GROUP (Previously known as
    UNUMPROVIDENT CORPORATION),
    THE PAUL REVERE LIFE INSURANCE
    COMPANY and NEW YORK LIFE
    INSURANCE COMPANY

**ORDER**

    IT IS SO ORDERED that defendants have up to and including October 15, 2009 to respond to plaintiff's complaint.

Date: August 28, 2009      _____
    UNITED STATES MAGISTRATE JUDGE

-1-
STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No.: C08-00240 MEJ

469699.1