THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
  john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.<br><br>        Plaintiff,<br><br>    vs.<br><br>UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>        Defendant. | Case No.:  C08-00240 MEJ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for October 15, 2009 to December 3, 2009. The parties are engaged in ongoing settlement negotiations and need additional time to discuss settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: October 7, 2009        By_____/s/_____
                Thomas E. Fraysse
                Attorney for Plaintiff
               LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

Dated: October 7, 2009        By_____/s/_____
                Thomas M. Herlihy
                John T. Burnite
               Attorney for Defendants
             UNUM GROUP (Previously known as
             UNUMPROVIDENT CORPORATION),
            THE PAUL REVERE LIFE INSURANCE
            COMPANY and NEW YORK LIFE
              INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to December 3, 2009.

Date: October 8, 2009        _____
                UNITED STATES MAGISTRATE JUDGE