THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
       john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. <br><br> Plaintiff, <br><br> vs. <br><br> UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, <br><br> Defendant. | Case No.: C08-00240 MEJ <br><br> **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate that defendant shall have an extension to respond to the Complaint up to and including December 3, 2009.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: October 7, 2009      By_____/s/_____
                                    Thomas E. Fraysse
                                    Attorney for Plaintiff
                                    LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated:  October 7, 2009     By_____/s/_____
                                    Thomas M. Herlihy
                                    John T. Burnite
                                    Attorney for Defendants
                                    UNUM GROUP (Previously known as
                                    UNUMPROVIDENT CORPORATION),
                                    THE PAUL REVERE LIFE INSURANCE
                                    COMPANY and NEW YORK LIFE
                                    INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants have up to and including December 3, 2009 to respond to plaintiff's complaint.

Date: October  8 , 2009        _____
                                        UNITED STATES MAGISTRATE JUDGE