THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
      john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.<br><br>    Plaintiff,<br><br>  vs.<br><br>UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>    Defendant. | Case No.: C08-00240 MEJ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

| | |
|---|---|
| 1 | The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously |
| 2 | known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New |
| 3 | York Life Insurance Company ("defendants"), hereby stipulate to continue the Case |
| 4 | Management Conference presently scheduled for December 3, 2009 to January 21, 2010. The |
| 5 | parties are engaged in ongoing settlement negotiations and need additional time to discuss |
| 6 | settlement. |

**IT IS SO STIPULATED.**

                                                    KNOX RICKSEN, LLP

Dated: November 25, 2009         By_____/s/_____
                                              Thomas E. Fraysse
                                              Attorney for Plaintiff
                                            LEWIS G. SHEPLER II, M.D.

                                           WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                           DICKER LLP

Dated: November 25, 2009         By_____/s/_____
                                              Thomas M. Herlihy
                                              John T. Burnite
                                              Attorney for Defendants
                                              UNUM GROUP (Previously known as
                                              UNUMPROVIDENT CORPORATION),
                                              THE PAUL REVERE LIFE INSURANCE
                                              COMPANY and NEW YORK LIFE
                                              INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to January 21, 2010.

Date: November 30, 2009            _____
                                                 UNITED STATES MAGISTRATE JUDGE

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.: C08-00240 MEJ

492839.1