THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
       john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. <br><br> Plaintiff, <br><br> vs. <br><br> UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, <br><br> Defendant. | Case No.: C08-00240 MEJ <br><br> **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |

| | |
|---|---|
| 1 | Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II, |
| 2 | M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul |
| 3 | Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby |
| 4 | stipulate that defendant shall have an extension to respond to the Complaint up to and including |
| 5 | March 4, 2010. |

**IT IS SO STIPULATED.**

                              KNOX RICKSEN, LLP

Dated: January 7, 2010        By_____/s/_____
                                     Thomas E. Fraysse
                                     Attorney for Plaintiff
                                LEWIS G. SHEPLER II, M.D.

                              WILSON, ELSER, MOSKOWITZ, EDELMAN &
                              DICKER LLP

Dated: January 7, 2010        By_____/s/_____
                                     Thomas M. Herlihy
                                     John T. Burnite
                                   Attorney for Defendants
                              UNUM GROUP (Previously known as
                              UNUMPROVIDENT CORPORATION),
                              THE PAUL REVERE LIFE INSURANCE
                              COMPANY and NEW YORK LIFE
                              INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants have up to and including March 4, 2010 to respond to plaintiff's complaint.

Date: January 8 , 2010          _____
                                 UNITED STATES MAGISTRATE JUDGE