THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
    john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.<br><br>Plaintiff,<br><br>vs.<br><br>UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>Defendant. | Case No.: C08-00240 MEJ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for March 4, 2010 to May 6, 2010. The parties are engaged in ongoing settlement negotiations and need additional time to discuss settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: February 25, 2010       By_____/s/_____
                                Thomas E. Fraysse
                                Attorney for Plaintiff
                                LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: February 25, 2010       By_____/s/_____
                                Thomas M. Herlihy
                                John T. Burnite
                                Attorney for Defendants
                                UNUM GROUP (Previously known as
                                UNUMPROVIDENT CORPORATION),
                                THE PAUL REVERE LIFE INSURANCE
                                COMPANY and NEW YORK LIFE
                                INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to May 6, 2010.

Date: February 26, 2010        _____
                                UNITED STATES MAGISTRATE JUDGE

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.: C08-00240 MEJ

518726.1

# CERTIFICATE OF SERVICE

I am a citizen of the United States. I am over the age of eighteen years and am not a party to the within cause. I am employed in the City and County of San Francisco, California and my business address is 525 California Street, 17th Floor, San Francisco, California 94105. On this date I served the following document(s):

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [Proposed] ORDER**

on the parties identified below, through their attorneys of record, by placing true copies thereof in sealed envelopes addressed as shown below by the following means of service:

☐_: **By First Class Mail** -- I caused each such envelope, with first class postage thereon fully prepaid, to be deposited in a recognized place of deposit of the U.S. Mail in San Francisco, California, for collection to the office of the addressee following ordinary business practices.

☐_: **By Personal Service** -- I caused each such envelope to be given to a courier messenger who personally delivered each such envelope to the office of the address.

☐_: **By Overnight Courier** -- I caused each such envelope to be given to an overnight mail service at San Francisco, California, to be hand delivered to the office of the addressee on the next business day.

☐_: **Facsimile** -- (Only where permitted. Must consult CCP § 1012.5 and California Rules of Court 2001-2011. Also consult FRCP Rule 5(e). Not currently authorized in N.D.C.A.)

☒: **Electronic E-Filing** -- I caused the attached document to be electronically transmitted on the Northern District website to the parties named below.

> Thomas E, Fraysee, Esq.
> Knox Ricksen, LLP
> 1300 Clay Street, Ste. 500
> Oakland, CA 94612-1427
> Tel: (510) 285-2500
> Fax: (510) 285-2505
> Attorney for Plaintiff

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED **February 25, 2010** at San Francisco, California.

_____
Stacey Muller

1
CERTIFICATE OF SERVICE
USDC NDCA Case #CV09-02281 SC
518805.1