THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
       john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. | Case No.: C08-00240 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendant. | |

1   Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,
2  M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul
3  Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby
4  stipulate that defendants shall have an extension to respond to the Complaint up to and including
5  June 10, 2010.

**IT IS SO STIPULATED.**

```
                                    KNOX RICKSEN, LLP


Dated: April 29, 2010               By_____/s/_____
                                         Thomas E. Fraysse
                                         Attorney for Plaintiff
                                         LEWIS G. SHEPLER II, M.D.


                                    WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                    DICKER LLP

Dated:  April 29, 2010              By_____/s/_____
                                         Thomas M. Herlihy
                                         John T. Burnite
                                         Attorney for Defendants
                                         UNUM GROUP (Previously known as
                                         UNUMPROVIDENT CORPORATION),
                                         THE PAUL REVERE LIFE INSURANCE
                                         COMPANY and NEW YORK LIFE
                                         INSURANCE COMPANY
```

**ORDER**

IT IS SO ORDERED that defendants have up to and including June 10, 2010 to respond to plaintiff's complaint.

Date: April 30, 2010                        _____
                                            UNITED STATES MAGISTRATE JUDGE

-1-
STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No.:   C08-00240 MEJ

537991.1