1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.:  (415) 433-0990
5  Fax:  (415) 434-1370
   Email: herlihy@wilsonelser.com
6          john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

14 | LEWIS G. SHEPLER II, M.D.                ) Case No.:  C08-00240 MEJ
                                              )
15 |         Plaintiff,                       )
                                              ) **STIPULATION TO CONTINUE CASE**
16 |    vs.                                   ) **MANAGEMENT CONFERENCE;**
                                              ) [PROPOSED] **ORDER**
17 | UNUMPROVIDENT CORPORATION; THE           )
   | PAUL REVERE LIFE INSURANCE               )
18 | COMPANY and UNUM GROUP, inclusive,       )
                                              )
19 |         Defendant.                       )
                                              )
20

21
22
23
24
25
26
27
28

1  The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously
2  known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New
3  York Life Insurance Company ("defendants"), hereby stipulate to continue the Case
4  Management Conference presently scheduled for May 6, 2010 to June 10, 2010.  The parties are
5  engaged in ongoing settlement negotiations and need additional time to discuss settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: April 29, 2010         By_____/s/_____
                                        Thomas E. Fraysse
                                        Attorney for Plaintiff
                                     LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN &

DICKER LLP

Dated: April 29, 2010         By_____/s/_____
                                        Thomas M. Herlihy
                                        John T. Burnite
                                      Attorney for Defendants
                                UNUM GROUP (Previously known as
                                UNUMPROVIDENT CORPORATION),
                                THE PAUL REVERE LIFE INSURANCE
                                   COMPANY and NEW YORK LIFE
                                        INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to June 10, 2010.

Date: April  30, 2010         _____
                                  UNITED STATES MAGISTRATE JUDGE

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.:   C08-00240 MEJ

537986.1