THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
       john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. | ) Case No.: C08-00240 MEJ |
| Plaintiff, | ) |
| vs. | ) **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | ) |
| Defendant. | ) |

1  Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate that defendants shall have an extension to respond to the Complaint up to and including July 15, 2010.

**IT IS SO STIPULATED.**

```
                                KNOX RICKSEN, LLP


Dated: June 3, 2010             By_____/s/_____
                                        Thomas E. Fraysse
                                        Attorney for Plaintiff
                                        LEWIS G. SHEPLER II, M.D.



                                WILSON, ELSER, MOSKOWITZ, EDELMAN &
                                DICKER LLP


Dated:  June 3, 2010            By_____/s/_____
                                        Thomas M. Herlihy
                                        John T. Burnite
                                        Attorney for Defendants
                                        UNUM GROUP (Previously known as
                                        UNUMPROVIDENT CORPORATION),
                                        THE PAUL REVERE LIFE INSURANCE
                                        COMPANY and NEW YORK LIFE
                                        INSURANCE COMPANY
```

**ORDER**

IT IS SO ORDERED that defendants have up to and including July 15, 2010 to respond to plaintiff's complaint.

Date: June 3, 2010                     _____
                                       UNITED STATES MAGISTRATE JUDGE

---

-1-
STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No.:  C08-00240 MEJ

549461.1