1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6          john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

14 | LEWIS G. SHEPLER II, M.D.                          ) Case No.:  C08-00240 MEJ
15 |                                                    )
   |         Plaintiff,                                 )
16 |                                                    ) **STIPULATION TO CONTINUE CASE**
   |   vs.                                              ) **MANAGEMENT CONFERENCE;**
17 |                                                    ) [PROPOSED] **ORDER**
   | UNUMPROVIDENT CORPORATION; THE                     )
18 | PAUL REVERE LIFE INSURANCE                         )
   | COMPANY and UNUM GROUP, inclusive,                 )
19 |                                                    )
   |         Defendant.                                 )
20

The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for June 10, 2010 to July 15, 2010. The parties are engaged in ongoing settlement negotiations and need additional time to discuss settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: June 3, 2010        By_____/s/_____
                                   Thomas E. Fraysse
                                   Attorney for Plaintiff
                                   LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: June 3, 2010        By_____/s/_____
                                   Thomas M. Herlihy
                                   John T. Burnite
                                   Attorney for Defendants
                                   UNUM GROUP (Previously known as
                                   UNUMPROVIDENT CORPORATION),
                                   THE PAUL REVERE LIFE INSURANCE
                                   COMPANY and NEW YORK LIFE
                                   INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to July 15, 2010.

Date: June 3, 2010        _____
                                   UNITED STATES MAGISTRATE JUDGE

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.:  C08-00240 MEJ

549456.1