1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.: (415) 433-0990
5  Fax: (415) 434-1370
   Email: herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11              **UNITED STATES DISTRICT COURT**
12              **NORTHERN DISTRICT OF CALIFORNIA**
13

14  LEWIS G. SHEPLER II, M.D.              ) Case No.: C08-00240 MEJ
                                            )
15         Plaintiff,                       )
                                            ) **STIPULATION TO CONTINUE CASE**
16      vs.                                 ) **MANAGEMENT CONFERENCE;**
                                            ) **[PROPOSED] ORDER**
17  UNUMPROVIDENT CORPORATION; THE          )
    PAUL REVERE LIFE INSURANCE              )
18  COMPANY and UNUM GROUP, inclusive,      )
                                            )
19         Defendant.                       )
                                            )
20  _____)

21
22
23
24
25
26
27
28

1  The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for July 15, 2010 to August 26, 2010.  The parties are engaged in ongoing settlement negotiations and need additional time to discuss settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: July 8, 2010        By_____/s/_____
                               Thomas E. Fraysse
                               Attorney for Plaintiff
                               LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: July 8, 2010        By_____/s/_____
                               Thomas M. Herlihy
                               John T. Burnite
                               Attorney for Defendants
                               UNUM GROUP (Previously known as
                               UNUMPROVIDENT CORPORATION),
                               THE PAUL REVERE LIFE INSURANCE
                               COMPANY and NEW YORK LIFE
                               INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to August 26, 2010.

Date: July 9, 2010                    _____
                                       UNITED STATES MAGISTRATE JUDGE

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.:  C08-00240 MEJ

560054.1