1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.:  (415) 433-0990
5  Fax:  (415) 434-1370
   Email:  herlihy@wilsonelser.com
6          john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11                **UNITED STATES DISTRICT COURT**

12                **NORTHERN DISTRICT OF CALIFORNIA**

13

14  LEWIS G. SHEPLER II, M.D.           )   Case No.:  C08-00240 MEJ
                                        )
15              Plaintiff,              )
                                        )   **STIPULATION RE EXTENSION OF**
16       vs.                            )   **TIME TO RESPOND TO PLAINTIFF'S**
                                        )   **COMPLAINT**
17  UNUMPROVIDENT CORPORATION; THE      )
    PAUL REVERE LIFE INSURANCE          )
18  COMPANY and UNUM GROUP, inclusive,  )
                                        )
19              Defendant.              )
                                        )
20  _____ )

21

22

23

24

25

26

27

28

---

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
560057.1

1   Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,
2  M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul
3  Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby
4  stipulate that defendants shall have an extension to respond to the Complaint up to and including
5  August 26, 2010.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: July 8, 2010                 By_____/s/_____
                                         Thomas E. Fraysse
                                         Attorney for Plaintiff
                                         LEWIS G. SHEPLER II, M.D.


WILSON, ELSER, MOSKOWITZ, EDELMAN &

DICKER LLP

Dated:  July 8, 2010                By_____/s/_____
                                         Thomas M. Herlihy
                                         John T. Burnite
                                         Attorney for Defendants
                                         UNUM GROUP (Previously known as
                                         UNUMPROVIDENT CORPORATION),
                                         THE PAUL REVERE LIFE INSURANCE
                                         COMPANY and NEW YORK LIFE
                                         INSURANCE COMPANY

**ORDER**

   IT IS SO ORDERED that defendants have up to and including August 26, 2010 to respond to plaintiff's complaint.

Date: July  9 , 2010                _____
                                         UNITED STATES MAGISTRATE JUDGE