| | |
|---|---|
| 1 | THOMAS M. HERLIHY (SBN 83615) |
| 2 | JOHN T. BURNITE (SBN 162223) |
| | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
| | San Francisco, CA 94105-2725 |
| 4 | Tel.: (415) 433-0990 |
| 5 | Fax: (415) 434-1370 |
| | Email: herlihy@wilsonelser.com |
| 6 | john.burnite@wilsonelser.com |
| 7 | |
| | Attorneys for Defendants |
| 8 | UNUM GROUP (previously known as |
| | UNUMPROVIDENT CORPORATION), |
| 9 | THE PAUL REVERE LIFE INSURANCE COMPANY, |
| | and NEW YORK LIFE INSURANCE COMPANY |
| 10 | |

### UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. | Case No.: C08-00240 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendant. | |

---

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

574929.1

Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate that defendants shall have an extension to respond to the Complaint up to and including October 14, 2010.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: August 19, 2010     By_____/s/_____
                                  Thomas E. Fraysse
                                  Attorney for Plaintiff
                                  LEWIS G. SHEPLER II, M.D.


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: August 19, 2010     By_____/s/_____
                                  Thomas M. Herlihy
                                  John T. Burnite
                                  Attorney for Defendants
                                  UNUM GROUP (Previously known as
                                  UNUMPROVIDENT CORPORATION),
                                  THE PAUL REVERE LIFE INSURANCE
                                  COMPANY and NEW YORK LIFE
                                  INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants have up to and including October 14, 2010 to respond to plaintiff's complaint.

Date: August 20, 2010

_____
UNITED STATES MAGISTRATE JUDGE

-1-

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
Case No.: C08-00240 MEJ

574929.1