THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
       john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. | Case No.: C08-00240 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE; [PROPOSED] ORDER** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendant. | |

1   The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously
2   known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New
3   York Life Insurance Company ("defendants"), hereby stipulate to continue the Case
4   Management Conference presently scheduled for August 26, 2010 to October 14, 2010. The
5   parties are engaged in ongoing settlement negotiations and need additional time to discuss
6   settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: August 19, 2010        By_____/s/_____
                                Thomas E. Fraysse
                                Attorney for Plaintiff
                                LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: August 19, 2010        By_____/s/_____
                                Thomas M. Herlihy
                                John T. Burnite
                                Attorney for Defendants
                                UNUM GROUP (Previously known as
                                UNUMPROVIDENT CORPORATION),
                                THE PAUL REVERE LIFE INSURANCE
                                COMPANY and NEW YORK LIFE
                                INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to October 14, 2010.

Date: August __20__, 2010

_____
UNITED STATES MAGISTRATE JUDGE

-1-