| | |
|---|---|
| 1 | THOMAS M. HERLIHY (SBN 83615) |
| 2 | JOHN T. BURNITE (SBN 162223) |
|   | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP |
| 3 | 525 Market Street, 17th Floor |
|   | San Francisco, CA 94105-2725 |
| 4 | Tel.: (415) 433-0990 |
| 5 | Fax: (415) 434-1370 |
|   | Email: herlihy@wilsonelser.com |
| 6 | john.burnite@wilsonelser.com |
| 7 | Attorneys for Defendants |
| 8 | UNUM GROUP (previously known as |
|   | UNUMPROVIDENT CORPORATION), |
| 9 | THE PAUL REVERE LIFE INSURANCE COMPANY, |
|   | and NEW YORK LIFE INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LEWIS G. SHEPLER II, M.D. | ) | Case No.:  C08-00240 MEJ |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) | **STIPULATION TO CONTINUE CASE** |
| vs. | ) | **MANAGEMENT CONFERENCE;** |
|  | ) | [PROPOSED] **ORDER** |
| UNUMPROVIDENT CORPORATION; THE | ) |  |
| PAUL REVERE LIFE INSURANCE | ) |  |
| COMPANY and UNUM GROUP, inclusive, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
591544.1

1  The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for October 14, 2010 to December 16, 2010. The parties are engaged in ongoing settlement negotiations and need additional time to discuss settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: October 7, 2010        By_____/s/_____
                              Thomas E. Fraysse
                              Attorney for Plaintiff
                              LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: October 7, 2010        By_____/s/_____
                              Thomas M. Herlihy
                              John T. Burnite
                              Attorney for Defendants
                              UNUM GROUP (Previously known as
                              UNUMPROVIDENT CORPORATION),
                              THE PAUL REVERE LIFE INSURANCE
                              COMPANY and NEW YORK LIFE
                              INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to December 16, 2010.

Date: October 7, 2010

_____
UNITED STATES MAGISTRATE JUDGE

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.: C08-00240 MEJ

591544.1

**PROOF OF SERVICE**
*Lewis G. Shepler II, M.D. v. Unumprovident Corporation, et al.*
*U.S.D.C. Case No, C08-00240 MEJ*

At the time of service I was over 18 years of age and not a party to this action. I am employed by WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP. My business address is 525 Market Street, 17th Floor, San Francisco, California 94105. My business telephone number is (415) 433-0990; my business fax number is (415) 434-1370. On this date I served the following document(s):

**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER**

on the person or persons listed below, through their respective attorneys of record in this action, by placing true copies thereof in sealed envelopes or packages addressed as shown below by the following means of service:

☐: **By United States Mail.** I placed the envelopes for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

☐: **By Overnight Delivery.** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and address to the persons at the addresses below. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

☐: **By Messenger Service.** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed below and provided them to a professional messenger service for service.

☐: **By Fax Transmission.** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission, which was printed out, is attached.

☒: **By Electronic Service.** Based on a court order or an agreement of the parties to accept service by electronic transmission, I caused the documents to be sent to the persons at the electronic notification addresses listed below.

Thomas E. Fraysee, Esq.                              **Attorneys for Plaintiff**
Knox Ricksen, LLP
1300 Clay Street, Ste. 500
Oakland, CA  94612-1427
Telephone:      (510) 285-2500
Facsimile:      (510) 285-2505

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct to the best of my knowledge.

EXECUTED October 7, 2010, at San Francisco, California.

*/s/ Pamela A. Moran*
Pamela A. Moran

1
PROOF OF SERVICE
591582.1