THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: herlihy@wilsonelser.com
       john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. | Case No.: C08-00240 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION TO CONTINUE CASE MANGEMENT CONFERENCE; [PROPOSED] ORDER** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendant. | |

The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for December 16, 2010 to January 27, 2011. The parties are engaged in ongoing settlement negotiations and need additional time to discuss settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: December 9, 2010      By_____/s/_____
                                     Thomas E. Fraysse
                                     Attorney for Plaintiff
                                     LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: December 9, 2010      By_____/s/_____
                                     Thomas M. Herlihy
                                     John T. Burnite
                                     Attorney for Defendants
                                     UNUM GROUP (Previously known as
                                     UNUMPROVIDENT CORPORATION),
                                     THE PAUL REVERE LIFE INSURANCE
                                     COMPANY and NEW YORK LIFE
                                     INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to January 27, 2011.

Date: December 13, 2010        _____
                                UNITED STATES MAGISTRATE JUDGE