1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.:  (415) 433-0990
5  Fax:  (415) 434-1370
   Email: herlihy@wilsonelser.com
6          john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11                 **UNITED STATES DISTRICT COURT**

12                 **NORTHERN DISTRICT OF CALIFORNIA**

13

14  LEWIS G. SHEPLER II, M.D.            ) Case No.:  C08-00240 MEJ
                                         )
15         Plaintiff,                    )
                                         ) **STIPULATION RE EXTENSION OF**
16     vs.                               ) **TIME TO RESPOND TO PLAINTIFF'S**
                                         ) **COMPLAINT; [PROPOSED] ORDER]**
17  UNUMPROVIDENT CORPORATION; THE       )
    PAUL REVERE LIFE INSURANCE           )
18  COMPANY and UNUM GROUP, inclusive,   )
                                         )
19         Defendant.                    )
                                         )
20  _____)

21
22
23
24
25
26
27
28

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
616830.1

1  Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate that defendants shall have an extension to respond to the Complaint up to and including January 27, 2011.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: December 9, 2010         By_____/s/_____
                                Thomas E. Fraysse
                                Attorney for Plaintiff
                                LEWIS G. SHEPLER II, M.D.


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated:  December 9, 2010        By_____/s/_____
                                Thomas M. Herlihy
                                John T. Burnite
                                Attorney for Defendants
                                UNUM GROUP (Previously known as
                                UNUMPROVIDENT CORPORATION),
                                THE PAUL REVERE LIFE INSURANCE
                                COMPANY and NEW YORK LIFE
                                INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants have up to and including January 27, 2011 to respond to plaintiff's complaint.

Date: December __13_ 2010       _____
                                UNITED STATES MAGISTRATE JUDGE