1  THOMAS M. HERLIHY (SBN 83615)
2  JOHN T. BURNITE (SBN 162223)
   WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3  525 Market Street, 17th Floor
   San Francisco, CA 94105-2725
4  Tel.:  (415) 433-0990
5  Fax:  (415) 434-1370
   Email: thomas.herlihy@wilsonelser.com
6         john.burnite@wilsonelser.com

7  Attorneys for Defendants
8  UNUM GROUP (previously known as
   UNUMPROVIDENT CORPORATION),
9  THE PAUL REVERE LIFE INSURANCE COMPANY,
   and NEW YORK LIFE INSURANCE COMPANY
10

11              **UNITED STATES DISTRICT COURT**

12              **NORTHERN DISTRICT OF CALIFORNIA**

13

14 | LEWIS G. SHEPLER II, M.D. | ) Case No.:  C08-00240 MEJ
15 |         Plaintiff, | )
                         | ) **STIPULATION TO CONTINUE CASE**
16 |     vs. | ) **MANAGEMENT CONFERENCE;**
             | ) ~~[PROPOSED]~~ **ORDER**
17 | UNUMPROVIDENT CORPORATION; THE | )
   | PAUL REVERE LIFE INSURANCE | )
18 | COMPANY and UNUM GROUP, inclusive, | )
19 |         Defendant. | )

1 | The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously
2 | known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New
3 | York Life Insurance Company ("defendants"), hereby stipulate to continue the Case
4 | Management Conference presently scheduled for January 27, 2011 to March 10, 2011.  The
5 | parties are engaged in ongoing settlement negotiations and need additional time to discuss
6 | settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: January 20, 2011            By_____/s/_____
                                           Thomas E. Fraysse
                                           Attorney for Plaintiff
                                        LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: January 20, 2011            By_____/s/_____
                                           Thomas M. Herlihy
                                           John T. Burnite
                                        Attorney for Defendants
                                    UNUM GROUP (Previously known as
                                    UNUMPROVIDENT CORPORATION),
                                    THE PAUL REVERE LIFE INSURANCE
                                        COMPANY and NEW YORK LIFE
                                          INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to March 10, 2011.

Date: January  21 , 2011            _____
                                        UNITED STATES MAGISTRATE JUDGE

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.:   C08-00240 MEJ
630970.1