1 | THOMAS M. HERLIHY (SBN 83615)
2 | JOHN T. BURNITE (SBN 162223)
  | WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
3 | 525 Market Street, 17th Floor
  | San Francisco, CA 94105-2725
4 | Tel.: (415) 433-0990
5 | Fax: (415) 434-1370
  | Email: thomas.herlihy@wilsonelser.com
6 |         john.burnite@wilsonelser.com

7 | Attorneys for Defendants
8 | UNUM GROUP (previously known as
  | UNUMPROVIDENT CORPORATION),
9 | THE PAUL REVERE LIFE INSURANCE COMPANY,
  | and NEW YORK LIFE INSURANCE COMPANY
10 |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| LEWIS G. SHEPLER II, M.D., | ) Case No.: C08-00240 MEJ |
|---|---|
|       Plaintiff, | ) |
|   vs. | ) **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | ) |
|       Defendant. | ) |

1  Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,
2  M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul
3  Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby
4  stipulate that defendants shall have an extension to respond to the Complaint up to and including
5  March 10, 2011.

**IT IS SO STIPULATED.**

            KNOX RICKSEN, LLP

Dated: January 20, 2011    By_____/s/_____
              Thomas E. Fraysse
              Attorney for Plaintiff
             LEWIS G. SHEPLER II, M.D.

            WILSON, ELSER, MOSKOWITZ, EDELMAN &
            DICKER LLP

Dated:  January 20, 2011   By_____/s/_____
              Thomas M. Herlihy
              John T. Burnite
             Attorney for Defendants
           UNUM GROUP (Previously known as
           UNUMPROVIDENT CORPORATION),
          THE PAUL REVERE LIFE INSURANCE
           COMPANY and NEW YORK LIFE
            INSURANCE COMPANY

**ORDER**

  IT IS SO ORDERED that defendants have up to and including March 10, 2011 to respond to plaintiff's complaint.

Date: January 21, 2011    _____
             UNITED STATES MAGISTRATE JUDGE