THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.:  (415) 433-0990
Fax:  (415) 434-1370
Email: thomas.herlihy@wilsonelser.com
           john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D. | Case No.:  3:08-cv-00240 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendant. | |

---

STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT
646613.1

1  Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II,
2  M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul
3  Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby
4  stipulate that defendants shall have an extension to respond to the Complaint up to and including
5  March 24, 2011.

**IT IS SO STIPULATED.**

                KNOX RICKSEN, LLP

Dated: March 3, 2011      By __/s/ Thomas E. Fraysse_____
                                      Thomas E. Fraysse
                                      Attorney for Plaintiff
                                     LEWIS G. SHEPLER II, M.D.

                WILSON, ELSER, MOSKOWITZ, EDELMAN &
                DICKER LLP

Dated: March 3, 2011      By __/s/ John T. Burnite_____ _____
                                      Thomas M. Herlihy
                                      John T. Burnite
                                      Attorney for Defendants
                                      UNUM GROUP (Previously known as
                                      UNUMPROVIDENT CORPORATION),
                                     THE PAUL REVERE LIFE INSURANCE
                                     COMPANY and NEW YORK LIFE
                                     INSURANCE COMPANY

                                         **ORDER**

IT IS SO ORDERED that defendants have up to and including March 24, 2011 to respond to plaintiff's complaint.

Date: March 4, 2011                                   _____
                                                   UNITED STATES MAGISTRATE JUDGE