THOMAS M. HERLIHY (SBN 83615)
JOHN T. BURNITE (SBN 162223)
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
525 Market Street, 17th Floor
San Francisco, CA 94105-2725
Tel.: (415) 433-0990
Fax: (415) 434-1370
Email: thomas.herlihy@wilsonelser.com
         john.burnite@wilsonelser.com

Attorneys for Defendants
UNUM GROUP (previously known as
UNUMPROVIDENT CORPORATION),
THE PAUL REVERE LIFE INSURANCE COMPANY,
and NEW YORK LIFE INSURANCE COMPANY

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>　　　　Defendant. | Case No.:  3:08-cv-00240 MEJ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

1   The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously
2   known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New
3   York Life Insurance Company ("defendants"), hereby stipulate to continue the Case
4   Management Conference presently scheduled for March 10, 2011 to March 24, 2011.  The
5   parties are engaged in ongoing settlement negotiations and need additional time to discuss
6   settlement.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: March 3, 2011        By  /s/ Thomas E. Fraysse_____
                                Thomas E. Fraysse
                                Attorney for Plaintiff
                                LEWIS G. SHEPLER II, M.D.

WILSON, ELSER, MOSKOWITZ, EDELMAN &
DICKER LLP

Dated: March 3, 2011        By  /s/ John T. Burnite_____
                                Thomas M. Herlihy
                                John T. Burnite
                                Attorney for Defendants
                                UNUM GROUP (Previously known as
                                UNUMPROVIDENT CORPORATION),
                                THE PAUL REVERE LIFE INSURANCE
                                COMPANY and NEW YORK LIFE
                                INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to March 24, 2011.

Date: March   4  , 2011        _____
                                UNITED STATES MAGISTRATE JUDGE

-1-
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER
Case No.:   3:08-cv-00240 MEJ

646610.1