THOMAS E. FRAYSSE/State Bar No. 104436
REID M. MILLER/State Bar No. 2555385
KNOX RICKSEN LLP
1300 Clay Street, Suite 500
Oakland, California 94612-1427
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

Attorneys for Plaintiff
LEWIS G. SHEPLER II, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D., | Case No. C08-00240 MEJ |
| Plaintiff, | |
| vs. | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendant. | |
| _____ / | |

Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate that defendants shall have an extension to respond to the Complaint up to and including March 31, 2011.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: March 17, 2011          By_____/s/_____
                                       Thomas E. Fraysse
                                       Attorney for Plaintiff
                                  LEWIS G. SHEPLER II, M.D.


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated:  March 17, 2011          By_____/s/_____
                                       Thomas M. Herlihy
                                       John T. Burnite
                                       Attorney for Defendants
                                  UNUM GROUP (Previously known as
                                  UNUMPROVIDENT CORPORATION),
                                  THE PAUL REVERE LIFE INSURANCE
                                  COMPANY and NEW YORK LIFE
                                  INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that defendants have up to and including March 31, 2011 to respond to plaintiff's complaint.

Date: March 22, 2011          _____
                                       UNITED STATES MAGISTRATE JUDGE

- 2 -
STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER