THOMAS E. FRAYSSE/State Bar No. 104436
REID M. MILLER/State Bar No. 2555385
KNOX RICKSEN LLP
1300 Clay Street, Suite 500
Oakland, California 94612-1427
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

Attorneys for Plaintiff
LEWIS G. SHEPLER II, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D.,<br><br>    Plaintiff,<br><br>    vs.<br><br>UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive,<br><br>    Defendant.<br>_____ / | Case No.  C08-00240 MEJ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER** |

- 1 -
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER

The parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate to continue the Case Management Conference presently scheduled for March 24, 2011 to ~~March 31~~ April 14, 2011. The parties are engaged in ongoing settlement negotiations and need additional time to discuss settlement.

**IT IS SO STIPULATED.**

          KNOX RICKSEN, LLP

Dated: March 17, 2011       By_____/s/_____
          Thomas E. Fraysse
          Attorney for Plaintiff
          LEWIS G. SHEPLER II, M.D.


          WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated: March 17, 2011       By_____/s/_____
          Thomas M. Herlihy
          John T. Burnite
          Attorney for Defendants
          UNUM GROUP (Previously known as UNUMPROVIDENT CORPORATION), THE PAUL REVERE LIFE INSURANCE COMPANY and NEW YORK LIFE INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED that the Case Management Conference be continued to March 31, 2011.

Date: March  22 , 2011          _____
          UNITED STATES MAGISTRATE JUDGE

- 2 -
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER