1  THOMAS E. FRAYSSE/State Bar No. 104436
   REID M. MILLER/State Bar No. 2555385
2  KNOX RICKSEN LLP
   1300 Clay Street, Suite 500
3  Oakland, California 94612-1427
   Telephone: (510) 285-2500
4  Facsimile: (510) 285-2505

5  Attorneys for Plaintiff
   LEWIS G. SHEPLER II, M.D.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| LEWIS G. SHEPLER II, M.D., | Case No. C08-00240 MEJ |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER** |
| UNUMPROVIDENT CORPORATION; THE PAUL REVERE LIFE INSURANCE COMPANY and UNUM GROUP, inclusive, | |
| Defendant. | |
| _____ / | |

- 1 -
STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER

Pursuant to Northern District Local Rule 6-1(a), the parties, plaintiff Lewis G. Shepler II, M.D. and defendants Unum Group (previously known as UnumProvident Corporation), The Paul Revere Life Insurance Company, and New York Life Insurance Company ("defendants"), hereby stipulate that defendants shall have an extension to respond to the Complaint up to and including March 31, 2011.

**IT IS SO STIPULATED.**

KNOX RICKSEN, LLP

Dated: March 17, 2011          By_____/s/_____
                                       Thomas E. Fraysse
                                       Attorney for Plaintiff
                                    LEWIS G. SHEPLER II, M.D.


WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP

Dated:  March 17, 2011          By_____/s/_____
                                       Thomas M. Herlihy
                                       John T. Burnite
                                       Attorney for Defendants
                                   UNUM GROUP (Previously known as
                                   UNUMPROVIDENT CORPORATION),
                                   THE PAUL REVERE LIFE INSURANCE
                                   COMPANY and NEW YORK LIFE
                                   INSURANCE COMPANY

**ORDER**

April 14

IT IS SO ORDERED that defendants have up to and including ~~March 31~~, 2011 to respond to plaintiff's complaint.

Date: March 22, 2011          _____
                                   UNITED STATES MAGISTRATE JUDGE

- 2 -
STIPULATION RE EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT; [PROPOSED] ORDER