THOMAS E. FRAYSSE/State Bar No. 104436
KNOX RICKSEN LLP
1300 Clay Street, Suite 500
Oakland, California 94612-1427
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

Attorneys for Plaintiff
LEWIS G. SHEPLER II, M.D.

GRANTED
Judge Maria-Elena James

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D., | Case No. C08-00240 MEJ |
| Plaintiff, | **PLAINTIFF'S NOTICE OF SETTLEMENT** |
| vs. | Hon. Maria-Elena James |
| UNUMPROVIDENT CORPORATION, THE PAUL REVERE LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE COMPANY, and UNUM GROUP, inclusive, | Action Filed: January 14, 2008 |
| Defendants. | |

TO THE ABOVE-ENTITLED COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiff LEWIS G. SHEPLER II, M.D., has entered into a settlement agreement with Defendants, UNUMPROVIDENT CORPORATION, THE PAUL REVERE LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE COMPANY, and UNUM GROUP.  Upon receipt of the fully executed settlement agreement, plaintiff will file with the Court a Notice of Voluntary Dismissal, pursuant to Federal Rule of Civil Procedure 41(a)(1). Plaintiff respectfully requests that the Court vacate the Case Management Conference hearing

currently scheduled for April 14, 2011, in Courtroom B.

Dated: March 30, 2011         **KNOX RICKSEN LLP**


By:___/s/ Thomas E. Fraysse___
Thomas E. Fraysse
Attorneys for Plaintiff
LEWIS G. SHEPLER II, M.D.

- 2 -
PLAINTIFF'S NOTICE OF SETTLEMENT