THOMAS E. FRAYSSE/State Bar No. 104436
KNOX RICKSEN LLP
1300 Clay Street, Suite 500
Oakland, California 94612-1427
Telephone: (510) 285-2500
Facsimile: (510) 285-2505

Attorneys for Plaintiff
LEWIS G. SHEPLER II, M.D.

GRANTED
Judge Maria-Elena James

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEWIS G. SHEPLER II, M.D., | Case No. C08-00240 MEJ |
| Plaintiff, | **PLAINTIFF'S NOTICE OF DISMISSAL** |
| vs. | |
| UNUMPROVIDENT CORPORATION, THE PAUL REVERE LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE COMPANY, and UNUM GROUP, inclusive, | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1), Plaintiff LEWIS G. SHEPLER, II, M.D., dismisses this action, in its entirety, with prejudice.

Defendants UNUMPROVIDENT CORPORATION, THE PAUL REVERE LIFE INSURANCE COMPANY, NEW YORK LIFE INSURANCE COMPANY, and UNUM GROUP, have been served with process, and have not filed an answer or motion for summary judgment. Plaintiff has not dismissed any other action based on or including the same claim or claims as

1 | those presented in this action.

2 | Dated: April 18, 2011                    **KNOX RICKSEN LLP**

4 |                              By:___/s/ Thomas E. Fraysse_____
5 |                              Thomas E. Fraysse
  |                              Attorneys for Plaintiff
6 |                              LEWIS G. SHEPLER II, M.D.